# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NUMBER: 23-101-SDD-SDJ

BRAD PAUL SCHAEFFER

### MOTION TO WITHDRAW

NOW INTO COURT, comes Mover, Thomas C. Damico, who respectfully states:

1.

Mover was hired by Brad Schaeffer, Defendant in the above captioned matter pursuant to contract to represent him in his defense.

2.

Mover has continued to fulfill his obligations pursuant to said agreement as has Defendant herein until April 2024.

3.

Defendant, Schaeffer, has now indicated that he is no longer able to meet his contractual obligations to Mover and asked that Mover file this Motion to Withdraw.

4.

Defendant, Schaeffer, wishes to explore the possibility of qualifying for court appointed counsel due to the change in his livelihood and income.

5.

Said case was declared as complex litigation and discovery is ongoing. There is no trial date set. Mover believes that the instant motion will not unduly burden the status of the case.

WHEREFORE, Mover, Thomas C. Damico, prays this Honorable Court allow him to withdraw as counsel of record in this proceeding.

FURTHER, that Defendant Schaeffer be allowed to pursue qualification of a court appointed counsel.

Respectfully submitted,

DAMICO & STOCKSTILL
ATTORNEYS AT LAW

/s/ THOMAS C. DAMICO
Thomas C. Damico, #04480
8048 One Calais Avenue, Suite A
Baton Rouge, LA  70809
Telephone:  (225) 769-0190
Facsimile:  (225) 769-0195
Email: tommy@thomasdamico.com

Attorney for Defendant,
BRAD PAUL SCHAEFFER

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Elizabeth White, Assistant United States Attorney.

Respectfully submitted,

DAMICO & STOCKSTILL
ATTORNEYS AT LAW

/s/ THOMAS C. DAMICO
Thomas C. Damico, #04480
8048 One Calais Avenue, Suite A
Baton Rouge, LA  70809
Telephone:  (225) 769-0190
Facsimile:  (225) 769-0195
Email: tommy@thomasdamico.com

Attorney for Defendant,
BRAD PAUL SCHAEFFER